UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIM J. GALVAN,<br><br>    Petitioner,<br><br>vs.<br><br>JORGE ESCOBAR, a Probation Officer, Santa Clara County Probation Department,<br><br>    Respondent. | Case No: C 11-0770 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Respondent.

IT IS SO ORDERED.

Dated: 3/31/14

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge